ABRAHAM GOTTFRIED, Respondent, *v.* CITY OF NEW YORK et al., Appellants.

(Argued April 16, 1936; decided May 1, 1936.)

*Paul Windels, Corporation Counsel (Alfred D. Jahr* and *Paxton Blair* of counsel), and *James L. Quackenbush* for appellants.

*Elizabeth Stern* and *M. Robert Todd* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts.   No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.